# United States District Court for the Northern District of Illinois

Case Number: 08CV3114  Assigned/Issued By: DAJ

Judge Name: CASTILLO  Designated Magistrate Judge: VALDEZ

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 2816616

Date Payment Rec'd: 05/30/08   Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

5 Original and 5 copies on 05/30/08 as to ADVANCE LENDING GROUP
                         (Date)
CORP,BLUE HORIZON REAL ESTATE CORP,FAVIAN CARDENAS,GIL&GIL GROUP

CORP,TAYLOR BEAN& WHITAKER MORTGAGE GROUP.

C:\wpwin80\docket\feeinfo.frm    03/14/05