**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 3114 |
|---|---|

IDA MAE WHITLEY
  Plaintiff
    v.
TAYLOR, BEAN & WHITAKER MORTGAGE CORP., et al.,
  Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TAYLOR, BEAN & WHITAKER MORTGAGE CORP.

| |
|---|
| NAME (Type or print)<br>Simon Fleischmann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Simon Fleischmann |
| FIRM<br>Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS<br>111 South Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06274929 | 312-443-0462 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐