IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA MAE WHITLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAYLOR, BEAN & WHITAKER MORTGAGE ) <br> CORP.; ADVANCE LENDING GROUP, ) <br> CORP.; GIL & GIL GROUP CORP. REAL ) <br> ESTATE-LINCOLN; FAVIAN CARDENAS; ) <br> BLUE HORIZON REAL ESTATE CORP.; and ) <br> DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 08-cv-3114 <br><br> Judge Castillo <br><br> Magistrate Judge Valdez |

**AGREED MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Taylor, Bean & Whitaker Mortgage Corp. ("TBW"), by its attorneys, Thomas J. Cunningham, Simon Fleischmann, and Nathan W. Lamb, moves for a thirty day extension of time to answer or otherwise plead, and states as follows:

1. TBW was served in this case on June 18, 2008.

2. TBW's counsel and Plaintiff's counsel are discussing the possibility of an early settlement, and they have agreed to a thirty day extension of TBW's time to answer or otherwise plead while their settlement discussions proceed.

3. No party will be prejudiced as a result of the relief sought in this motion, nor is this motion presented for delay or any other improper purpose.

-2-

WHEREFORE, Taylor, Bean & Whitaker Mortgage Corp. respectfully requests entry of an Order extending its time to answer or otherwise plead up to and including August 8, 2008, and granting such further relief as the Court finds just and appropriate.

DATED: July 8, 2008

Respectfully Submitted,

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.


By:     /s/ Simon Fleischmann
            One of its attorneys


Thomas J. Cunningham (6216342)
Simon Fleischmann (6274929)
Nathan W. Lamb (6286667)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

    I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on July 8, 2008.

                                                /s/ Simon Fleischmann
                                                   Simon Fleischmann