IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA MAE WHITLEY, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>TAYLOR, BEAN & WHITAKER MORTGAGE )<br>CORP.; ADVANCE LENDING GROUP, )<br>CORP.; GIL & GIL GROUP CORP. REAL )<br>ESTATE-LINCOLN; FAVIAN CARDENAS; )<br>BLUE HORIZON REAL ESTATE CORP.; and )<br>DOES 1-10, )<br> )<br>    Defendants. ) | Case No. 08-cv-3114<br><br>Judge Castillo<br><br>Magistrate Judge Valdez |

**NOTICE OF AGREED MOTION**

TO:    Al Hofeld, Jr.
          Law Offices of Al Hofeld, Jr., LLC
            and The Social Justice Project
          208 South LaSalle Street, Suite 1650
          Chicago, Illinois 60604

        PLEASE TAKE NOTICE that on <u>Tuesday, July 15, 2008, at 9:45 a.m.</u>, I will appear before Judge Ruben Castillo, or any judge sitting in his stead in courtroom number 2141 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead, a duplicate of which is hereby served upon you.

| | |
|---|---|
| DATED: July 8, 2008 | TAYLOR, BEAN & WHITAKER MORTGAGE CORP.<br><br>By:    /s/ Simon Fleischmann<br>           Counsel for Defendant |

Thomas J. Cunningham (6216342)
Simon Fleischmann (6274929)
Nathan W. Lamb (6286667)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

  I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on July 8, 2008.

                /s/ Simon Fleischmann
                Simon Fleischmann