## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ida Mae Whitley

                    Plaintiff,

v.                                            Case No.: 1:08−cv−03114
                                            Honorable Ruben Castillo

Taylor, Bean & Whitaker Mortgage Corp., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant Taylor, Bean & Whitaker Mortgage Corp.'s agreed motion to extend time to answer or otherwise plead [10] is granted. All defendants are given until 8/8/2008 to answer or otherwise plead to the complaint. Parties to file a joint status report on or before 8/15/2008. Status hearing reset to 8/20/2008 at 9:45 AM. Status hearing set for 8/6/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.