**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IDA MAE WHITLEY, | ) |
|     Plaintiff, | ) |
| v. | ) |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ADVANCE LENDING GROUP, CORP., GIL & GIL GROUP CORP., REAL ESTATE-LINCOLN, FAVIAN CARDENAS, BLUE HORIZON REAL ESTATE CORP., and DOES 1-10, | ) Case No. 08-CV-3114 <br> ) <br> ) Judge Castillo <br> ) <br> ) Magistrate Judge Valdez |
|     Defendants. | ) |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

      Please take notice that on August 12, 2008 at 9:45 a.m. I shall present **Defendant Advance Lending Group, Corp's Motion for Enlargement of Time to Answer or Otherwise Plead** before the Honorable Judge Ruben Castillo in Courtroom 2141. On August 4, 2008 a copy of this motion was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Al Hofeld, Jr. | Thomas J. Cunningham |
| Law Offices of Al Hofeld, Jr., LLC | Nathan W. Lamb |
| 208 South LaSalle Street | Simon A. Fleischmann |
| Suite #1650 | Locke Lord Bissell & Liddell LLP |
| Chicago, IL 60604 | 111 South Wacker Drive |
| | Chicago, IL 60606 |

                      Respectfully submitted,

                      ADVANCE LENDING GROUP, CORP.

                      By: /s/ Joshua R. Diller

Nancy A. Temple
Joshua R. Diller
Katten & Temple LLP
542 South Dearborn, Suite 1310
Chicago, Illinois 60605
(312) 663-0800