**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IDA MAE WHITLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-3114 |
| ) | |
| TAYLOR, BEAN & WHITAKER MORTGAGE ) | Judge Castillo |
| CORP.; ADVANCE LENDING GROUP, ) | |
| CORP.; GIL & GIL GROUP CORP. REAL ) | Magistrate Judge Valdez |
| ESTATE-LINCOLN; FAVIAN CARDENAS; ) | |
| BLUE HORIZON REAL ESTATE CORP.; and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**TAYLOR, BEAN & WHITAKER MORTGAGE CORP.'S JOINDER TO CO-DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Taylor, Bean & Whitaker Mortgage Corp. ("TBW"), by its attorneys, Thomas J. Cunningham, Simon Fleischmann, and Nathan W. Lamb, hereby joins in Advanced Lending's Motion For Enlargement of Time to Answer or Otherwise Plead ("Motion"), and states as follows:

1.  TBW joins in Advanced Lending's Motion and respectfully requests that this Court apply any extension of time to answer or otherwise plead to all other defendants, including TBW. TBW makes this request in the interest of an efficient and orderly case management and not for any improper purpose.

WHEREFORE, Taylor, Bean & Whitaker Mortgage Corp. respectfully requests entry of an Order extending its time to answer or otherwise plead up to and including August 22,

-2-

2008, and granting such further relief as the Court finds just and appropriate.

DATED: August 5, 2008                    Respectfully Submitted,

                                         TAYLOR, BEAN & WHITAKER
                                         MORTGAGE CORP.


                                         By:    /s/ Nathan W. Lamb
                                                One of its attorneys


Thomas J. Cunningham (6216342)
Simon Fleischmann (6274929)
Nathan W. Lamb (6286667)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

      I, Nathan W. Lamb, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on August 5, 2008.

                                                /s/ Nathan W. Lamb
                                                  Nathan W. Lamb