UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ida Mae Whitley

                Plaintiff,

v.                                            Case No.: 1:08−cv−03114
                                              Honorable Ruben Castillo

Taylor, Bean & Whitaker Mortgage Corp., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant Advance Lending Group, Corp.'s motion for enlargement of time to answer or otherwise plead [15] and Defendant Taylor, Bean & Whitaker Mortgage Corp.'s joinder to co−defendant's motion for enlargement of time [17] are granted. All defendants should answer or otherwise plead to the complaint on or before 8/22/2008. Parties to file the joint status report on or before 8/25/2008. The Court will hold a status hearing in open court on 8/28/2008 at 10:00 AM. Status report filing date of 8/15/2008 and status hearing set for 8/20/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.