**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                           Case Number: 08 CV 3114 RCC  08cv3114
Ida Mae Whitley, Plaintiff                                                                 Judge Castillo
          v.                                                                               Magistrate Judge Valdez
Taylor, Bean & Whitaker Mortgage Corp., et al.,
          Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Favian Cardenas
Blue Horizon Real Estate Corporation

FILED
AUG 0 8 2008 TC
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME (Type or print)
SIDNEY ABELSKI

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/

FIRM
Abelski & Associates, Ltd.

STREET ADDRESS
180 N. Michigan Avenue - Suite 1800

CITY/STATE/ZIP
Chicago, IL  60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 312/236-7553 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    "Y"

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    "N"

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    "Y"

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

| RETAINED COUNSEL | APPOINTED COUNSEL |
|---|---|