## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3114          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            _____
                                         (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_3_ Original and _0_ copies on _08/15/08_ as to OSWALDO OCHOA, _____
                                (Date)

ANITA LOGAN, JOHNFREY OSPINA. _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05