### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IDA MAE WHITLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-3114 |
| ) | |
| TAYLOR, BEAN & WHITAKER MORTGAGE ) | Judge Castillo |
| CORP.; ADVANCE LENDING GROUP, ) | |
| CORP.; GIL & GIL GROUP CORP. REAL ) | Magistrate Judge Valdez |
| ESTATE-LINCOLN; FAVIAN CARDENAS; ) | |
| BLUE HORIZON REAL ESTATE CORP.; and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on <u>Tuesday, August 26, 2008, at 9:45 a.m.</u>, I will appear before Judge Ruben Castillo, or any judge sitting in his stead in courtroom number 2141 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to First Amended Complaint, a duplicate of which is hereby served upon you.

DATED:  August 21, 2008                    TAYLOR, BEAN & WHITAKER
                                           MORTGAGE CORP.

                                           By:   /s/ Simon Fleischmann
                                                 Counsel for Defendant

Thomas J. Cunningham (6216342)
Simon Fleischmann (6274929)
Nathan W. Lamb (6286667)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

**CERTIFICATE OF SERVICE**

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on August 21, 2008.

                                      /s/ Simon Fleischmann
                                      Simon Fleischmann