**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IDA MAE WHITLEY, CLYDE WHITLEY and KENNA WHITLEY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ADVANCE LENDING GROUP CORP., OSWALDO OCHOA, JHONFREY OSPINA, ANITA LOGAN, FAVIAN CARDENAS, BLUE HORIZON REAL ESTATE CORP., and DOES 1-10, ) ) ) ) ) ) ) ) | Case No. 08-CV-3114  Judge Castillo  Magistrate Judge Valdez |
| Defendants. ) | |

**ADVANCE LENDING GROUP CORP'S JOINDER TO CO-DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Advance Lending Group Corp. ("Advance Lending"), by its attorneys, Nancy A. Temple and Joshua R. Diller, hereby joins in co-defendant Taylor, Bean & Whitaker Mortgage Corp.'s Motion to Extend Time to Answer or Otherwise Plead in Response to First Amended Complaint, and states as follows:

1.  Advance Lending joins in Taylor, Bean & Whitaker Mortgage Corp.'s Motion and respectfully requests that this Court apply any extension of time to answer or otherwise plead to all other defendants, including Advance Lending. Advance Lending makes this request in the interest of justice and orderly case management and not for any improper purpose.

WHEREFORE, Advance Lending Group Corp. respectfully requests entry of an Order extending its time to answer or otherwise plead to plaintiffs' First Amended Complaint up to and including September 22, 2008, and granting such further relief as the Court find just and appropriate.

1

DATED:  August 21, 2008                    Respectfully submitted,

                                                                           ADVANCED LENDING GROUP CORP.

                                                                           By:  /s/ Joshua R. Diller_____
                                                                                One of its Attorneys

Nancy A. Temple (6205448)
Joshua R. Diller (6289368)
Katten & Temple, LLP
542 S. Dearborn St., Suite 610
Chicago, IL  60605
312-663-0800
312-663-0900 (fax)

## CERTIFICATE OF SERVICE

I, Joshua R. Diller, an attorney, certify that I caused the foregoing to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on August 21, 2008.

                                                                                 /s/ Joshua R. Diller_____