**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ida Mae Whitley, et al.

                                          Plaintiff,

v.                                                     Case No.: 1:08–cv–03114
                                                     Honorable Ruben Castillo

Taylor, Bean & Whitaker Mortgage Corp., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant Taylor, Bean & Whitaker Mortgage Corp.'s motion to extend time to answer or otherwise plead in response to first amended complaint [24] is granted. Defendant Advance Lending Group, Corp.'s joinder to co–defendants' motion for enlargement of time to answer or otherwise plead [26] is granted. Defendants Cardenas and Blue Horizon Real Estate Corp.'s combined motions to dismiss and strike [21] will be dismissed without prejudice. The Court will allow all defendants to answer or otherwise plead to the amended complaint on or before 9/22/2008. The parties are directed to file the joint status report on or before 9/24/2008. Status hearing reset to 9/30/2008 at 9:45 AM. Motion hearing set for 8/26/2008 and status hearing set for 8/28/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.