

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDA MAE WHITLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | *08 CV 3114 RCC* |
| v. ) | |
| ) | Judge Castillo |
| ) | |
| TAYLOR BEAN & WHITAKER MORTGAGE ) | Magistrate Judge Valdez |
| CORP.; ADVANCE LENDING GROUP, CORP.; ) | |
| GIL & GIL GROUP CORP., REAL ESTATE - ) | |
| LINCOLN; FAVIAN CARDENAS; BLUE ) | |
| HORIZON REAL ESTATE CORP.; and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

FILED
AUG 22 2008 TC
Aug 22. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## *NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME*

To:   Al Hofeld, Jr.
      Attorney for Plaintiff
      208 S. LaSalle Street - Suite 1650
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that on _Tuesday, 9/2/08_, at _9:45 A.M._ soon thereafter as counsel can be heard, Favian Cardenas and Blue Horizon Real Estate Corporation, Defendants, will appear before the Honorable Castillo, in the room usually occupied by him as a courtroom. at the United Stated Courthouse, Chicago, Illinois, and move the Court as follows:

*For an Extension of Time in which to respond to the First Amended Complaint*

Dated: _8/22/08_ 2008

_____
Sidney Abelski, Attorney for Defendants
Favian Cardenas and Blue Horizon Real
Estate Corporation

ABELSKI & ASSOCIATES, LTD.
180 N. Michigan Avenue - Suite 1800
Chicago, IL 60601
312/236-7553
Attorney No.: 11693

## CERTIFICATE AND AFFIDAVIT OF DELIVERY
## (PERSONALLY, BY MAIL OR BY FAX)

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109 that the above notice and any attached pleadings were:

1. ___ personally delivered on _____, 2008, to all addressee(s) set forth above;

2. _X_ placed in the U.S. mail at 180 N. Michigan Avenue, Chicago, IL 60601, with first class postage prepaid and directed to the parties at the addresses set forth above (at) (before) 5:00 p.m. on **_Friday, August 22, 2008_**.

3. _X_ transmission by FAX at **_3:00 p.m., on Friday, August 22, 2008_**, FAX transmission from 312/236-5071, 180 N. Michigan Avenue, Chicago, IL 60601 and the number of pages transmitted was _4_. The FAX transmission was sent to all of the above addressee(s) at their FAX number set forth after the name of said addressee(s).

*/s/ Nellie Jolen*

ABELSKI & ASSOCIATES, LTD.
180 N. Michigan Avenue
Suite 1800
Chicago, IL 60601
(312) 236-7553
Attorney No.: 11693