**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ida Mae Whitley, et al.

                                      Plaintiff,

v.                                                Case No.: 1:08−cv−03114
                                                   Honorable Ruben Castillo

Taylor, Bean & Whitaker Mortgage Corp., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants Favian Cardenas and Blue Horizon Real Estate Corp.'s motion for extension of time [28] is granted. The parties are directed to follow the schedule entered by this court on 8/22/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.